**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Albert M. Lefkovits  CASE NO.: 17−12845−smb

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER: 11
xxx−xx−1764

---

## DEFICIENCY NOTICE FOR INDIVIDUAL DEBTORS IN CHAPTER 11 AND 12 CASES

PLEASE TAKE NOTICE that the documents appearing below must be filed with the Court by the applicable deadline:

Attorney Disclosure Statement due 10/25/2017
Ch 11 Income Form 122B due 10/25/2017
Certificate of Credit Counseling due 10/11/2017
Pay Stubs, Payment Advices or Other Evidence of Payment due 10/25/2017
* Schedule A/B: Property (Official Form 106A/B) due 10/25/2017
Schedule C: The Property You Claim as Exempt (Official Form 106C) due 10/25/2017
* Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D) due 10/25/2017
* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) due 10/25/2017
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) due 10/25/2017
Schedule H: Your Codebtors (Official Form 106H) due 10/25/2017
* Schedule I: Your Income (Official Form 106I)[1] due 10/25/2017
* Schedule J: Your Expenses (Official Form 106J)[1] due 10/25/2017
* Statement of Financial Affairs due 10/25/2017
Summary of Assets and Liabilities due 10/25/2017

PLEASE TAKE FURTHER NOTICE that the failure to file timely any required document may result in the dismissal of your case after notice and hearing.

Dated: October 12, 2017                                Vito Genna
                                                       Clerk of Court