EXHIBIT K

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
ALBERT M. LEFKOVITS, M.D., P.C., and
ALBERT M. LEFKOVITS,

                                        Plaintiffs,

            -against-

SIGNATURE BANK,

                                        Defendant.
---------------------------------------------------------------X

Index No. 156384/2016
(Billings, J.)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties as follows:

1.     The Court (Billings, J.) has advised the parties that: (a) it will grant Plaintiff's motion for a preliminary injunction, enjoining Defendant from selling the collateral through and including October 31, 2016, conditioned upon Plaintiff posting, on or before September 19, 2016, an undertaking in the amount due for principal and interest on the Note, dated November 28, 2007, together with the amount of maintenance paid by Defendant on Plaintiff's behalf; and (b) in the event the undertaking is not timely posted by Plaintiff, the preliminary injunction shall be dissolved without further Order of the Court.

2.     The Court shall enter the above-mentioned Order upon its return from vacation on September 6, 2016.

3.     In the interim, the Temporary Restraining Order granted by the Court on August 2, 2016, shall remain in full force and effect.

4.     This Stipulation is being entered into by the attorneys for the respective parties in contemplation of a settlement agreement to be executed by the parties.

{945640.1}                                      1

5.    The Court shall conduct a further telephone status conference with counsel on September __, 2016, at 4:30 p.m.

6.    This Stipulation may be signed in counterparts and facsimile and/or electronic signatures shall be deemed valid and binding.

Dated: Uniondale, New York
August 18, 2016

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP

By: _____
Philip J. Campisi, Esq.
1201 RXR Plaza
Uniondale, NY 11556
*Attorneys for Plaintiff*

Dated: New York, New York
August 15, 2016

WARSHAW BURSTEIN, LLP

By: _____
Bruce H. Wiener, Esq.
555 Fifth Avenue
New York, NY 10017
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Lucy Billings, J.S.C.

{945640.1}    2