**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                                    Chapter 11

ALBERT M. LEFKOVITS,                                      Case No.: 17-12845-SMB

                            Debtor.
-----------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) and (2)

Upon the motion of Signature Bank dated November 1, 2017 [Dkt. No. 16], for entry of an order, pursuant to Sections 362(d)(1) and (2) of title 11, United States Code, §§ 101 *et seq*. (the "**Bankruptcy Code**") and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking relief from the automatic stay (the "**Motion**") to conduct a sale, pursuant to Article 9 of the New York Uniform Commercial Code (the "**Article 9 Sale**"), of collateral pledged as security to Signature Bank in connection with prepetition loans for which the Debtor is a guarantor and which Signature Bank evidences through the Motion are in default; and upon the Statement of No Objection filed by the Debtor with respect to the relief sought by Signature Bank through the Motion [Dkt. No. 18]; and no objections having been filed with respect to the relief sought through the Motion; and it appearing that the relief sought through the Motion is appropriate and that "cause" exists for granting such relief; and no objections having been filed to the relief sought through the Motion; and proper and sufficient notice of the relief sought through the Motion having been given; and sufficient cause appearing therefore; and after due deliberation thereon, it is hereby

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that pursuant to sections 365(d)(1) and (2) of the Bankruptcy Code and Rules 4001 and 9014 of the Bankruptcy Rules, Signature Bank is granted relief from the automatic stay to conduct the Article 9 Sale; and it is further

**ORDERED**, that this Order shall be effective immediately upon its entry on the docket in this chapter 11 case; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated: November 27th, 2017
      New York, New York

                        ORDERED:

                        **/s/ STUART M. BERNSTEIN**
                        HON. STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE