UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                              Chapter 11

    Albert M. Lefkovits                                      Case no.  17-12845

              Debtor.
---------------------------------------------------------x

# **ORDER**

Upon the motion (the "Motion") of Albert M. Lefkovits the debtor and debtor-in-possession (the "Debtor"), seeking dismissal of this Chapter 11 case, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, under 11 U.S.C. § 1112(b) and 305(a), that this case commenced under Chapter 11 of the Bankruptcy Code be, and hereby is, dismissed with prejudice (*i.e.*, a bar to refiling) to the Debtor's right to commence any other bankruptcy proceedings for a period of one year from the date that this order is entered on the docket by the Clerk of the Court (the "Bar to Refiling Period"); and it is further

ORDERED, that in the event that any party commences involuntary bankruptcy proceedings against the Debtor during the Bar to Refiling Period, such filing will not operate as an automatic stay as against or to prevent Signature Bank, its successors, agents or assigns from exercising their rights with respect to the Debtor's property located at 1040 Park Avenue, Apartments IB and IC, or the cooperative apartment shares and proprietary leases appurtenant thereto, or any other collateral security of Signature Bank relating to debts owed to Signature Bank by the Debtor; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required under 28 U.S.C. §1930 within ten (10) days of the entry of this order and

simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant periods.

Dated: New York, New York
      January **17th**, 2018

                                            **/s/ STUART M. BERNSTEIN**
                                            UNITED STATES BANKRUPTCY JUDGE